UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ANTONIO ALMENDAREZ RUIZ, <br><br> Petitioner, <br><br> v. <br><br> CHRISTOPHER CHESTNUT et al., <br><br> Respondents. | No.  1:26-cv-01239-DAD-CSK (HC) <br><br> ORDER ADOPTING THE FINDINGS AND RECOMMENDATIONS IN FULL AND GRANTING THE PETITION FOR WRIT OF *HABEAS CORPUS* <br><br> (Doc. Nos. 1, 13) |

Petitioner Jose Almendarez Ruiz is a federal immigration detainee proceeding through counsel with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 18, 2026, the assigned magistrate judge issued findings and recommendations recommending that petitioner's petition for writ of *habeas corpus* (Doc. No. 1) be granted.[1] (Doc. No. 13.)  Specifically, the assigned magistrate judge found that the circumstances surrounding petitioner's re-detention and continued detention without a hearing violated his Fifth Amendment right to due process.  (*Id.* at 3.)  The assigned magistrate judge further recommended

---

[1]  On February 17, 2026, this court granted petitioner's motion for a temporary restraining order and ordered petitioner's immediate release from custody.

1

the issuance of a permanent injunction enjoining respondents from re-detaining petitioner without a pre-deprivation hearing before a neutral adjudicator where respondents must establish that petitioner is either a danger to the community or a flight risk by clear and convincing evidence. (*Id.* at 3–4.)  The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within seven (7) days after service. (*Id.* at 4.)  To date, no objections to the magistrate judge's findings and recommendations have been filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

For the reasons explained above:

1. The findings and recommendations (Doc. No. 13) are ADOPTED IN FULL;

2. Petitioner's petition for writ of *habeas corpus* (Doc. No. 1) is GRANTED as follows:

    a. Respondents are ENJOINED and RESTRAINED from re-detaining petitioner for any purpose, absent exigent circumstances, where respondents will have the burden of establishing that petitioner is either a flight risk or danger by clear and convincing evidence; and

3. The Clerk of the Court is directed to ENTER judgment in favor of petitioner and to CLOSE this case.

IT IS SO ORDERED.

Dated:   __**April 7, 2026**__              _____

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

2